IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0702

IN THE MATTERS OF

B.J.B. and P.E.W.

Youths in Need of Care

## ORDER

Upon consideration of Appellant Mother, K.M.B.'s, motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 24-0702 and 24-0703 are hereby consolidated under Cause No. DA 24-0702 and henceforth captioned In the Matters of B.J.B. and P.E.W.

Electronically signed by:
Cory Swanson
ORDER
Chief Justice, Montana Supreme Court
January 22 2025